# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Juan Garcia-Alavez,<br><br>  Defendant. | Case No. 18-mj-22174-RNB-CAB<br><br>**Order Staying Proceedings** |

On joint motion of the parties, and with good cause shown, the motion to stay the action is granted and further proceedings in this case are stayed pending a Ninth Circuit decision in *United States v. Madero-Diaz,* Ninth Circuit Case No. 17-50347; *United States v. Duffy*, Ninth Circuit Case No. 17-50414; *United States v. Corrales-Vasquez*, Ninth Circuit Case No. 18-50206; *United States v. Perez-Martinez*, Ninth Circuit Case No. 18-50266, *United States v. Chavez-Diaz*, Ninth Circuit Case No. 18-50391, or until further order of the Court.

**SO ORDERED.**

DATED: November 19, 2018

_____
HON. CATHY A. BENCIVENGO
UNITED STATES DISTRICT JUDGE